UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 15-253 BAT |
| v. | **DETENTION ORDER** |
| BRIAN H. JONES SR, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant does not have an appropriate residence to which he can be released.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 1

1    (3)    On order of a court of the United States or on request of an attorney for the

2  Government, the person in charge of the correctional facility in which Defendant is confined

3  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

4  connection with a court proceeding; and

5    (4)    The Clerk shall provide copies of this order to all counsel, the United States

6  Marshal, and to the United States Probation and Pretrial Services Officer.

7    DATED this 5th day of June, 2015.

8

9

10    _____
      BRIAN A. TSUCHIDA
      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2