Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-199RAJ |
| Plaintiff | |
| v. | DISCOVERY PROTECTIVE ORDER |
| BRIAN H. JONES SR., | |
| Defendant. | |

This matter, having come to the Court's attention on the Government's Motion for Entry of Discovery Protective Order, and the court having considered the motion, the Defendant's opposition, the Government's reply, and being fully advised in this matter, hereby GRANTS the Government's Motion (Dkt. #18) and enters the following PROTECTIVE ORDER:

1. <u>Protected Material</u>

The following documents and materials are deemed Protected Material. The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record

DISCOVERY PROTECTIVE ORDER
*United States v. Brian H. Jones Sr.,* CR15-199RAJ- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1  (hereinafter collectively referred to as members of the defense team).  This category of
2  Protected Materials are deemed "Protected Material:

3       a.     Grand Jury transcripts and exhibits.

4       b.     Victim/Witness statements, including but not limited to reports of
5  law enforcement officers memorializing witness/victim statements, and written
6  statements by victims and witnesses.

7       c.     Records, reports, and documents related to medical visits and
8  examinations.

9  The personal information related to victim/witnesses, and any statements and
10 documents containing personal information about or related to any victims and witnesses
11 provided by the government in discovery is deemed Protected Material.  As used in this
12 Order, the term "personal information" refers to each victim and witness's full name, date
13 of birth, Social Security number (or other identification information), driver's license
14 number, address, telephone number, location of residence or employment, school records,
15 juvenile criminal records, and other confidential information.

16     2.    <u>Scope of Review of Protected Material</u>

17 The attorneys of record and members of the defense team may display and review
18 the Protected Material with the Defendant.  The attorneys of record and members of the
19 defense team acknowledge that providing copies of the Protected Material to the
20 Defendant and other persons is prohibited, and agree not to duplicate or provide copies of
21 Protected Material to the Defendant and other persons.  The exception to this
22 prohibition is the dissemination of electronic copies by defense counsel to the Federal
23 Detention Center at SeaTac, Washington, for use in a controlled environment by
24 Defendant, who is currently in custody at the FDC.

25 The United States Attorney's Office for the Western District of Washington is
26 similarly allowed to display and review the Protected Material to lay witnesses, but is
27 otherwise prohibited from providing copies of the Protected Material to lay witnesses, i.e.
28 non-law enforcement witnesses.

DISCOVERY PROTECTIVE ORDER
*United States v. Brian H. Jones Sr.,* CR15-199RAJ- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

3. <u>Consent to Terms of Protective Order</u>

Members of the defense team shall provide written consent and acknowledgement that they will each be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

4. <u>Parties' Reciprocal Discovery Obligations</u>

Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

5. <u>Filing of Protected Material</u>

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution.

8. <u>Violation of Protective Order</u>

Any violation of any term or condition of this Order by the Defendant, his attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Western District of Washington, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

///
///
///

DISCOVERY PROTECTIVE ORDER
*United States v. Brian H. Jones Sr.,* CR15-199RAJ- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation.

DATED this 24th day of July, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge
DISCOVERY PROTECTIVE ORDER
*United States v. Brian H. Jones Sr.,* CR15-199RAJ- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970