Judge Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN H. JONES, Sr., <br><br> Defendant. | NO. CR15-199RAJ <br><br> ORDER TO SEAL GOVERNMENT EXHIBITS TO RESPONSE TO MOTION FOR NEW TRIAL |

Based upon the motion of the United States, and the representations made therein, and the court finding good cause, it is HEREBY ORDERED that:

The Government's Motion to Seal (Dkt. #103) is GRANTED. The Government's exhibits to its Response to Defendant's Motion for New Trial filed under Dkt. #104 are to remain filed under seal.

DATED this 22nd day of February, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*United States v. Brian H. Jones, Sr.,* CR15-199RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970