Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRIAN H. JONES, Sr.,<br><br>Defendant. | NO. CR15-199RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR A NEW TRIAL |

THIS MATTER comes before the Court on Defendant's Motion for a New Trial (Dkt. #100). The Court, having considered the motion, the government's opposition, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for a New Trial (Dkt. #100) is DENIED.

Dated this 8th day of March, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge