Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-199RAJ |
| Plaintiff, | |
| vs. | ORDER PERMITTING WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| BRIAN H. JONES, SR., | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Declaration of Counsel, having heard from the Defendant and defense counsel at a hearing on this date, and finding good cause, NOW THEREFORE,

IT IS HEREBY ORDERED that defense counsel's motion to withdraw and for substitution of counsel (Dkt. #109) is GRANTED.  The Federal Public Defender, and Assistant Federal Public Defenders Jesse G. Cantor and Vanessa Pai-Thompson, are permitted to withdraw as defense counsel in this matter, and new defense counsel shall be appointed to represent the defendant.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DATED this 17th day of June, 2016.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING WITHDRAWAL AND
FOR SUBSTITUTION OF COUNSEL- 1
*USA v. Jones  /* CR15-199RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**