Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRIAN H. JONES, Sr., <br><br> Defendant. | NO. CR15-199RAJ <br><br> ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNTS |

THIS MATTER comes before the Court on Defendant's Motion to Dismiss Counts Based on Failure to Provide a Speedy Trial and Double Jeopardy and Due Process Violations (Dkt. #117). The Court, having considered Defendant's motion, the government's opposition, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion to Dismiss Counts Based on Failure to Provide a Speedy Trial and Double Jeopardy and Due Process Violations (Dkt. #117) is DENIED.

Dated this 11th day of October, 2016.

The Honorable Richard A. Jones
United States District Judge